IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| UNITED STATES OF AMERICA | ) | CR. NO.: <u>6:20-220</u> |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | |
| STEPHEN HIPPENSTEEL | ) | |

## **ESSENTIAL ELEMENTS OF VIOLATION OF 18 U.S.C. § 641**

The crime of theft of government property has three essential elements which are:

<u>First</u>: The defendant knowingly embezzled, stole, or converted money or something of value to his own use or to the use of another;

<u>Second</u>: The money or thing of value belonged to the United States and had a value in excess of $1,000.00; and

<u>Third</u>: The defendant did so with intent to deprive the owner of the use or benefit of the money or thing of value taken.

<u>Single Count Indictment</u>

<u>MAXIMUM SENTENCE</u>

1. Fine of $250,000.00 and/or

2. Imprisonment of ten (10) years, and

3. Supervised Release of three (3) years, and

4. Special Assessment of $100.00