# UNITED STATES DISTRICT COURT

for

## District of South Carolina

U.S.A. v.   Stephen Hippensteel _____   Docket No.   6:20CR00220-001 _____

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Nathan R. Backus, Probation Officer, presenting an official report upon the conduct of defendant, Stephen Hippensteel, who was placed under pretrial release supervision by the Honorable Jacquelyn D. Austin sitting in the court at Greenville on the 18th day of June 2020, to include the following conditions of release:

1. Maintain or actively seek employment.

2. Surrender any passport to probation as directed.

3. Not obtain a passport or other international travel document.

4. Abide by the following restrictions on his personal associations, residence, or travel; the defendant shall not leave the State of South Carolina except with permission of the Pretrial or Probation Officer.

5. Report as directed to the Pretrial Services Agency or Probation, Greenville, South Carolina.

6. Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including co-defendants.

7. Not commit another federal, state, or local crime.

8. Refrain from possessing a firearm, destructive device, or other dangerous weapon.

9. Not use alcohol excessively.

10. Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

11. Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

12. Participate in a program of inpatient or outpatient substances abuse therapy and counseling as directed by the pretrial services officer or supervising officer.

13. Execute an unsecured bail bond in the sum of $25,000 in the event of a failure to appear as required, to surrender as directed for service of any sentenced imposed, or violation of any other conditions of release in this order.

14. Stay in touch with attorney, and reimburse the government for attorney's fees, if so ordered by the Court.

15. Report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

16. Advise the court, defense counsel and the U.S. Attorney in writing before any change of address or telephone number.

17. Appear in court as required and surrender to serve sentence imposed.


RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On July 24, 2020, the defendant was asked to provide a urinalysis at Addcare Counseling. The defendant was unable produce a sample, however, he admitted to using methamphetamine and signed a voluntary admission of drug use.


PRAYING THAT THE COURT WILL ORDER that the Clerk of Court issue a Warrant in the usual form for the arrest of Stephen Hippensteel, to be brought before the U.S. Magistrate Judge below, for a proceeding in accordance with Title 18, United States Code, Section 3148(b).

**The Petition and Warrant shall remain under seal until served by the United States Marshal Service.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|

Considered and ordered this _____27th_____ day of _____July_____, 20 _20_ and ordered filed and made a part of the records in the above case.

Executed on July 24, 2020

*Nathan Backus*

Nathan R. Backus, U.S. Probation Officer

s/Kevin F. McDonald
_____
U.S. Magistrate Judge

Place   Greenville-Probation