IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Greenville DIVISION



**UNITED STATES OF AMERICA**

VS

CR NO. 6:20cr 220

Stephen Hippensteel

The defendant, having withdrawn his or her plea of Not Guilty, pleads **GUILTY** to

Count(s) 1 of the Indictment/Superseding Indictment/Information.

_____
(Signed) Defendant

Anderson, South Carolina