# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br>Stephen Hippensteel<br><br>*Defendant* | )<br>)  Case No. 6:20cr220-TMC<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Stephen Hippensteel__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☑ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Bond Violation

Date: 07/27/2020

City and state: Greenville, South Carolina

s/Amanda Williams, Deputy Clerk
*Issuing officer's signature*

Robin L. Blume, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 7/28/20, and the person was arrested on *(date)* 08-05-2020
at *(city and state)* Anderson, SC.

Date: 08-05-2020

Arrested by SDUSM Campbell, USMS
*Arresting officer's signature*

By: Bonnie Hatten, Investigative Analyst
*Printed name and title*