**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

**To All Parties Having Criminal Cases Listed Below:** Please take notice that the following criminal cases have been **SCHEDULED** for hearing on November 9, 2020, at the times listed below, **before the HONORABLE Timothy M. Cain at the G. Ross Anderson, Jr. United States Courthouse and Federal Building, 315 South McDuffie Street, Anderson, SC.**

9:30 AM Sentencing

| | | |
|---|---|---|
| 8:19-695 | Charlotte Walker Reed | Bill Watkins, AUSA |
| | Bond | Lora Blanchard, AFPD |

10:30 AM Sentencing

| | | |
|---|---|---|
| 6:20-220 | Stephen Hippensteel | Winston Marosek, AUSA |
| | Bond | James Loggins, AFPD |

11:30 AM Sentencing

| | | |
|---|---|---|
| 8:19-334 | Toddrekus Malik White | Sloan Ellis, AUSA |
| | Surety | James Loggins, AFPD |

2:00 PM Sentencing

| | | |
|---|---|---|
| 7:19-540-3 | Claudette Stewart | Sloan Ellis, AUSA |
| | Custody | Hannah Metcalfe, CJA |

3:00 PM Sentencing

| | | |
|---|---|---|
| 7:19-540-4 | Hope Serena Mitchell | Sloan Ellis, AUSA |
| | Bond | Rick Vieth, CJA |

4:00 Motion hearing (Counsel only)

| | | |
|---|---|---|
| 7:17-94-2 | Paul Ray Davis | Leesa Washington, AUSA |
| | BOP Custody | Rick Vieth, CJA |